UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COTOC JOSE SANCHEZ,

    Plaintiff,

v.

TALTON TELECOMMUNICATION, *et al.*,

    Defendants.

CASE NO. C09-5706RJB

ORDER REGARDING FILING FEE AND APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter is before the court after the Clerk of the Court received a Complaint from plaintiff without the required filing fee or an application to proceed in forma pauperis. Doc. 1.

On November 24, 2009, the Clerk wrote a letter to plaintiff explaining this deficiency, as well as two other issues, and plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis by no later than December 24, 2009. Doc. 2. Plaintiff has failed to comply with the Clerk's instructions.

To provide one last opportunity to plaintiff, the court directs plaintiff either to complete and file the required IFP application, (a form is provided), or to pay the required filing fee ($350.00) **by no later than April 1, 2010**. Otherwise, the court will recommend dismissal of the underlying matter as frivolous. It should be noted that if more than one party is intending to join

ORDER - 1

him as a plaintiff in this matter, and application to proceed in forma pauperis must be filed by each individual.

The Clerk is directed to mail plaintiff a copy of this Order, the Magistrate Judges' General Order, and a blank IFP application form.

DATED this 1st day of March. 2010.

J. Richard Creatura
United States Magistrate Judge