UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COTOC JOSE SANCHEZ,

    Plaintiff,

v.

TALTON TELECOMMUNICATION *et al*.,

    Defendants.

CASE NO. C09-5706RJB

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 5);

(2) Plaintiff's claims and causes of action are dismissed pursuant to Local Rule 41(b)(2), and;

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 21st day of May, 2010.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1