# United States District Court

WESTERN DISTRICT OF WASHINGTON

COTOC JOSE SANCHEZ,

        v.

TALTON TELECOMMUNICATION *et al*.

JUDGMENT IN A CIVIL CASE

No. C09-5706RJB

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation (Dkt. 5); and

(2)    Plaintiff's claims and causes of action are dismissed pursuant to Local Rule 41(b)(2).

| May 25, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk